**Brenda C. ALTMAN, Plaintiff–Appellant,**

v.

**John McHUGH, Defendant–Appellee,**

and

**United States of America; Army Corps of Engineers; Paul J. Rosensteel; Carroll B. Correll; Monique Korn; Charles Cox, Colonel; Frank Miller, Colonel; Anthony Nida, Colonel; Nicholas Kolar, LTC; Colonel Donald Wynn, Commander; Wayne E. Henry; Cecil Hutchinson, Defendants.**

No. 12–1572.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 31, 2012.

Decided: Sept. 13, 2012.

Brenda C. Altman, Appellant Pro Se. Rick A. Mountcastle, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda C. Altman appeals the district court's order dismissing her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Altman v. McHugh,* No. 5:11–cv–00061–MFU, 2012 WL 1190271 (W.D.Va. Apr. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*